IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FONOVISA, INC., et al,

        Plaintiffs,

vs.                                            CASE NO. 3:05cv150/RS

ELVIN REYES,

        Defendant.

_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 52). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed with prejudice and removed from the active docket of the court.

3. In the event that the settlement is not consummated, the court reserves jurisdiction, upon motion filed by any party within sixty days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

4.	The clerk is directed to close the file of this case for administrative purposes, and upon the expiration of sixty days without activity, the clerk is directed to close the case in its entirety for all purposes.

ORDERED on July 28, 2006.

         /S/ Richard Smoak
         **RICHARD SMOAK**
         **UNITED STATES DISTRICT JUDGE**